# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James L. Garland, Jr. and Marci Jo Garland<br><br>            Debtor(s) | CHAPTER 13<br><br>BKY. NO. 16-20204 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8584


                                                Respectfully submitted,


                                                **/s/ James C. Warmbrodt, Esquire**
                                                James C. Warmbrodt, Esquire
                                                jwarmbrodt@kmllawgroup.com
                                                Attorney I.D. No. 42524
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                Phone: 215-825-6306
                                                Fax: 215-825-6406
                                                Attorney for Movant/Applicant