# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-20204-JAD |
| | : | |
| | : | CHAPTER 13 |
| | : | |
| JAMES L. GARLAND, Jr. | : | |
| MARCI Jo GARLAND | : | |
| Debtors | :, | |

*******************************************************************

| | | |
|---|---|---|
| RONDA J. WINNECOUR, Chapter 13 | : | Docket No. |
| Trustee, | : | Related to Docket Nos. |
| Movant s: | | |
| vs. | : | Hearing Date and Time: |
| | : | Thursday, April 3, 2019 at 10:00 A.M. |
| JAMES L. GARLAND, Jr. | : | |
| MARCI Jo GARLAND | : | |
| Respondents | : | |

## RESPONSE TO MOTION FOR STATUS CONFERENCE

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted in part. New Counsel will file proceedings to avoid the Default Judgement

6. Admitted in part. By way of further Answer, Attorney Golembiewski has experienced a myriad of personal, financial and medical difficulties which have hindered his practice. Consequently, Attorney Golembiewski is winding up his practice and turning over his cases to alternative counsel.

7. Respondents aver that no response is required to the averment contained in Movant's paragraph 7.

**WHEREFORE**, Counsel for the Debtor so reports.

Respectfully submitted,

Date: March 13, 2019

/s/ Jeffrey S. Golembiewski
Jeffrey S. Golembiewski, Esquire
PA I.D. #64373
254 Miller Farm Road
Uniontown PA 15401
Ph: (724) 322-4893