## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### Conciliation Conference:

**Debtor:** JAMES L. & MARCI JO GARLAND
**Case Number:** 16-20204-JAD    **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, APRIL 03, 2019 10:00 AM    COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

### Matter:

Trustee's Motion For Status Conference filed by Ronda J. Winnecour, Chapter 13 Trustee - Response filed by Debtors 3/14/2019 at ECF No. 38  [Due 3/14/2019]
R / M #: 36 / 0

### Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): JEFFREY S. GOLEMBIEWSKI, ESQUIRE
CREDITOR:

### Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of ___ at ___ AM/PM at ___
    ___ To Conciliation Conference For ___ at ___ AM/PM at ___
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE ___
✓ OTHER: Status held and concluded

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
4/3/19 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA