UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  James L. Garland, Jr. and Marci Jo Garland,<br>　　　　　　Debtors, | Case No. 16-20204-JAD<br>Chapter 13<br>Docket Document No. 40<br>Related to Docket Document No. |
| James L. Garland, Jr. and Marci Jo Garland,<br>　　　　　　Movants,<br>　　V.<br>No Respondents, | |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION FOR LEAVE TO SUBSTITUTE ATTORNEY**

The undersigned hereby certifies that, as of May 1, 2019 no answer, objection or other responsive pleading to Debtors' Motion to Substitute Attorney filed at Docket Document 40 and served on April 10, 2019 at Docket Document 40 has been received.  The undersigned further certifies that the Court's docket in this case was reviewed May 1, 2019 at approximately 10:34 AM and no answer, to it appears thereon. Pursuant to the Order Setting Hearing filed on April 10, 2019 at Docket Document No.41 objections to the Debtors' Motion to Substitute Attorney were to be filed and served no later than April 28, 2019. It is hereby respectfully requested that the Proposed Order of Court filed at Docket Document 40 is granted.

Dated: May 1, 2019

　　　　　　　　　　　　　　　　By:　　/s/ Justin P. Schantz
　　　　　　　　　　　　　　　　　　　David A. Colecchia, Esquire
　　　　　　　　　　　　　　　　　　　Law Care
　　　　　　　　　　　　　　　　　　　324 S. Maple Ave.
　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601-3219
　　　　　　　　　　　　　　　　　　　(724) 837-2320
　　　　　　　　　　　　　　　　　　　PA ID No. 210198
　　　　　　　　　　　　　　　　　　　jschantz@my-lawyers.us