**Form 143**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**James L. Garland Jr.**
**Marci Jo Garland**
    Debtor(s)

Bankruptcy Case No.: 16–20204–JAD

Chapter: 13
Docket No.: 44 – 43

## <u>NOTICE OF TERMINATED TRUSTEE OR ATTORNEY</u>

      Jeffrey S. Golembiewski, Esq. has been removed as attorney from this case and will not receive any future notifications.

      The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: May 2, 2019

<u>Michael R. Rhodes</u>
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James L. Garland, Jr.                                              Case No. 16-20204-JAD
Marci Jo Garland                                                   Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy            Page 1 of 1            Date Rcvd: May 02, 2019
                             Form ID: 143           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
aty            +Jeffrey S. Golembiewski,    225 South Maple Avenue, Suite A,    Greensburg, PA 15601-3229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019

Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
          Andrew F Gornall   on behalf of Creditor    JPMorgan Chase Bank, National Association
          andygornall@latouflawfirm.com
          James Warmbrodt   on behalf of Creditor    JPMorgan Chase Bank, National Association
          bkgroup@kmllawgroup.com
          Jeffrey S. Golembiewski    on behalf of Joint Debtor Marci Jo Garland jgolembiewski@yahoo.com,
          denisegole@yahoo.com
          Jeffrey S. Golembiewski    on behalf of Debtor James L. Garland, Jr. jgolembiewski@yahoo.com,
          denisegole@yahoo.com
          Justin P. Schantz   on behalf of Debtor James L. Garland, Jr. jschantz@my-lawyers.us,
          colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
          no@my-lawyers.us;ekudlock@my-lawyers.us
          Justin P. Schantz   on behalf of Joint Debtor Marci Jo Garland jschantz@my-lawyers.us,
          colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
          no@my-lawyers.us;ekudlock@my-lawyers.us
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                  TOTAL: 9