UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | |
|---|---|
| IN RE: James L. Garland, Jr. and Marci Jo Garland,<br>　　　　　　　Debtors, | Bankruptcy No. 16-20204-JAD |
| James L. Garland, Jr. and Marci Jo Garland,<br>　　　　　　　Movants,<br>　　V.<br>Peoples Natural Gas Company LLC, Bank of America N.A., Bureaus Investment Group Portfolio No 15 LLC, Capital One N.A., Cavalry I SPV LLC, Chase Card Services, Chase Mortgage, Citibank/Sears, Citibank/Best Buy, Citibank/Citgo Oil, Comenity Bank/Lane Bryant, Discover Bank, Discover Financial, eCast Settlement Corporation, Fair Collections & Outsourcing, First Commonwealth Bank, JPMorgan Chase N.A., Kohls/Capital One, Midland Funding LLC, PSECU, Portfolio Recovery Associates LLC, Quantum3 Group LLC, Synchrony Bank/Lowes, The Bureaus Inc., TNB-Visa/Target, Office of the United States Trustee, Ronda J. Winnecour Chapter 13 Trustee,<br>　　　　　　　Respondents, | Chapter 13<br><br>Related To Doc. No. 40 |

ORDER OF COURT

AND NOW, this __2nd__ day of __May__, 2019, upon consideration of Debtors' Motion to Substitute Counsel, it is hereby ORDERED that Debtor's Motion is GRANTED. The firm of David A Colecchia and Associates, and specifically attorney Justin P. Schantz, are hereby substituted as the attorneys for the Debtors in their Chapter 13 Case. It is further ORDERED that substitute counsel is entitled to all remaining "no-look" fees not previously distributed to former counsel from the date of this Order forward.

Prepared by: Justin P. Schantz, Esq.

BY THE COURT:

_____
Jeffery A. Deller, Judge

FILED
5/2/19 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                                   Case No. 16-20204-JAD
James L. Garland, Jr.                                                                    Chapter 13
Marci Jo Garland
         Debtors                            CERTIFICATE OF NOTICE
District/off: 0315-2              User: culy                   Page 1 of 2                Date Rcvd: May 02, 2019
                                  Form ID: pdf900              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db/jdb         +James L. Garland, Jr.,    Marci Jo Garland,    1017 Pizza Barn Road,    Blairsville, PA 15717-4306
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14220831       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14224503        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,   MALVERN, PA 19355-0701
14166815       +Chase Card Services,    Attn: Correspondence Dept,    P.O. Box 15298,   Wilmingotn, DE 19850-5298
14166816       +Chase Mortgage,    4615 Vision Drive,    P.O. Box 24696,    Columbus, OH 43224-0696
14166817       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    P.O. Box 790040,
                 Saint Louis, MO 63179-0040
14166819       +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit,    P.O. Box 790040,
                 St Louis, MO 63179-0040
14166818       +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                 St Louis, MO 63179-0040
14166820       +Citibank/Citgo Oil,    Citicorp Credit Services/Attn:Centralize,    P.O. Box 790040,
                 St Louis, MO 63179-0040
14210551        ECAST SETTLEMENT CORPORATION,    PO BOX 29262,    NEW YORK, NY 10087-9262
14166823       +Fair Collections & Outsourcing,    12304 Baltimore Avenue, Suite East,
                 Beltsville, MD 20705-1314
14240239       +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe LA 71203-4774
14166832       +The Bureaus, Inc.,    650 Dundee Road,    Suite 370,   Northbrook, IL 60062-2757
14166833       +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV :  P.O. Box 9475,
                 Minneapolis, MN 55440-9475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14211873        E-mail/PDF: rmscedi@recoverycorp.com May 03 2019 02:34:42
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14176363       +E-mail/Text: bankruptcy@cavps.com May 03 2019 02:29:06     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14166821       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 03 2019 02:28:20     Comenity Bank/Lane Bryant,
                 P.O. Box 182125,    Columbus, OH 43218-2125
14173608        E-mail/Text: mrdiscen@discover.com May 03 2019 02:28:00     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14166822       +E-mail/Text: mrdiscen@discover.com May 03 2019 02:28:00     Discover Financial,
                 Attn: Bankruptcy Dept.,    P.O. Box 3025,    New Albany, OH 43054-3025
14166824       +E-mail/Text: bankruptcynotice@fcbanking.com May 03 2019 02:28:03     First Commonwealth Bank,
                 601 Philadelphia Street,    Indiana, PA 15701-3952
14166825       +E-mail/Text: bncnotices@becket-lee.com May 03 2019 02:28:07     Kohls/Capital One,
                 P.O. Box 3120,    Milwaukee, WI 53201-3120
14216050       +E-mail/Text: bankruptcydpt@mcmcg.com May 03 2019 02:28:46     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14166826       +E-mail/Text: bankruptcydpt@mcmcg.com May 03 2019 02:28:46     Midland Funding, LLC,
                 2365 Northside Drive,    Suite 300,   San Diego, CA 92108-2709
14166827       +E-mail/Text: bankruptcynotices@psecu.com May 03 2019 02:29:14     P S E C U,
                 Attention: Bankruptcy,    P.O. Box 67013,    Harrisburg, PA 17106-7013
14166828        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2019 02:35:31
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
14166829        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2019 02:35:31
                 Portfolio Recovery Associates,    Attn: Bankruptcy,    P.O. Box 41067,    Norfolk, VA 23541
14177371        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2019 02:35:31
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14166830       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2019 02:46:22
                 Portfolio Recovery Asssociates,    Attn: Bankruptcy,    P.O. Box 41067,    Norfolk, VA 23541-1067
14222701        E-mail/Text: bnc-quantum@quantum3group.com May 03 2019 02:28:28
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
14166831       +E-mail/PDF: gecsedi@recoverycorp.com May 03 2019 02:35:26     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    P.O. Box 103104,    Roswell, GA 30076-9104
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, National Association
14166814      ##+Bank Of America,    Nc4-105-03-14,    P.O. Box 26012,   Greensboro, NC 27420-6012
                                                                                               TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: culy              Page 2 of 2              Date Rcvd: May 02, 2019
                              Form ID: pdf900         Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2019 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
           andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Jeffrey S. Golembiewski    on behalf of Joint Debtor Marci Jo Garland jgolembiewski@yahoo.com,
           denisegole@yahoo.com
          Jeffrey S. Golembiewski    on behalf of Debtor James L. Garland, Jr. jgolembiewski@yahoo.com,
           denisegole@yahoo.com
          Justin P. Schantz    on behalf of Debtor James L. Garland, Jr. jschantz@my-lawyers.us,
           colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
           no@my-lawyers.us;ekudlock@my-lawyers.us
          Justin P. Schantz    on behalf of Joint Debtor Marci Jo Garland jschantz@my-lawyers.us,
           colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
           no@my-lawyers.us;ekudlock@my-lawyers.us
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9
```