**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/9/21 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  JAMES L. GARLAND, JR.
  MARCI JO GARLAND
        Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  JAMES L. GARLAND, JR.
  MARCI JO GARLAND

        Respondents

Case No. 16-20204-JAD

Chapter 13

Related To Doc. No. 53

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this <u>9th</u> day of <u>February</u>, 2021, it is hereby ORDERED, ADJUDGED and DECREED that,

      Commonwealth Of Pa-Torrance State Hospital
      Attn: Payroll Manager
      121 Longview Dr
      Torrance, PA 15779

is hereby ordered to immediately terminate the attachment of the wages of MARCI JO GARLAND, social security number XXX-XX-2233. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARCI JO GARLAND.

        BY THE COURT:

        _____ mas
        JEFFERY A. DELLER
        UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20204-JAD |
| James L. Garland, Jr. | Chapter 13 |
| Marci Jo Garland | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 2 |
| Date Rcvd: Feb 09, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James L. Garland, Jr., Marci Jo Garland, 1017 Pizza Barn Road, Blairsville, PA 15717-4306 |
| | | Commonwealth of Pennsylvania, Torrance State Hospital, Attn: HR / Payroll Manager, 121 Longview Drive, Torrance, PA 15779 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2021            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Justin P. Schantz | on behalf of Debtor James L. Garland  Jr. jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us |
| Justin P. Schantz | on behalf of Joint Debtor Marci Jo Garland jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;e |

District/off: 0315-2 User: msch Page 2 of 2
Date Rcvd: Feb 09, 2021 Form ID: pdf900 Total Noticed: 2

       kudlock@my-lawyers.us

Kevin Scott Frankel
       on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com

Office of the United States Trustee
       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
       cmecf@chapter13trusteewdpa.com

S. James Wallace
       on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 8