**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: James L. Garland, Jr. and Marci Jo Garland<br><br>Debtor,<br><br>JPMorgan Chase Bank, N.A.<br><br>Movant,<br><br>James L. Garland, Jr., Marci Jo Garland, and Ronda J. Winnecour, Chapter 13 Trustee<br><br>Respondents. | Case No. 16-20204-JAD<br><br>Chapter 13<br><br>Document No. __<br><br>Related to Document No. 59 |

**CERTIFICATE OF SERVICE OF CONSENT MOTION FOR AN ORDER CONTINUING HEARING AND EXTENDING TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO DEBTORS' OBJECTION TO <u>NOTICE OF MORTGAGE PAYMENT CHANGE</u>**

I certify under penalty of perjury that I caused to be served the above-captioned pleading on the parties at the addresses specified below on March 12, 2021.

The types of service made on the parties was through the Court's CM/ECF System and first-class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and, where applicable, the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**Service by NEF:**
Kevin Scott Frankel, pabk@logs.com, Counsel to JPMorgan Chase Bank, National Association
Andrew F Gornall, andygornall@latouflawfirm.com, Counsel to JPMorgan Chase Bank, National Association
Brian Nicholas, bnicholas@kmllawgroup.com, Counsel to JPMorgan Chase Bank, National Association
Victoria A. Sanford, vsanford@reedsmith.com, Counsel to JPMorgan Chase Bank, National Association
Justin P. Schantz, jschantz@my-lawyers.us, Counsel to James L. Garland, Jr. and Marci Jo Garland
**S**. James Wallace, ecfpeoples@grblaw.com, Counsel to Peoples Natural Gas Company, LLC


**Service by First-Class Mail:**
Justin P. Schantz
Law Care
324 S. Maple Avenue, 2nd Floor
Greensburg, PA 15601
Counsel to James L. Garland, Jr. and Marci Jo Garland

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222


Dated: March 12, 2021                                  Respectfully submitted,

                                                       REED SMITH LLP

                                                       */s/ Victoria A. Sanford*
                                                       Victoria A. Sanford (PA I.D. No. 327538)
                                                       225 Fifth Avenue, Suite 1200
                                                       Pittsburgh, PA 15222
                                                       Telephone: (412) 288-3131
                                                       Facsimile: (412) 288-3063
                                                       Email: vsanford@reedsmith.com

                                                       *Counsel to JPMorgan Chase Bank, N.A.*