FILED
3/12/21 1:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: James L. Garland, Jr. and Marci Jo Garland<br><br>Debtor,<br><br>JPMorgan Chase Bank, N.A.<br><br>Movant,<br><br>James L. Garland, Jr., Marci Jo Garland, and Ronda J. Winnecour, Chapter 13 Trustee<br><br>Respondents. | Case No. 16-20204-JAD<br><br>Chapter 13<br><br>Document No. 59<br><br>Related to Document No. 56 |

## CONSENT ORDER EXTENDING TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO DEBTORS' OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE
## AND CONTINUING HEARING

AND NOW, this 12th day of March, 2021, upon consideration of the *Consent Motion for an Order Continuing Hearing and Extending Time for JPMorgan Chase Bank, N.A. to Respond to Debtors' Objection to Notice of Mortgage Payment Change* (the "Motion"),[1] and after due deliberation and good and sufficient cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. JPMorgan's deadline to respond to the Objection is extended through and including **March 26, 2021**.

---

[1] Capitalized terms used but not defined in this Order have the meanings given in the Motion.

3.  A Zoom video conference hearing on the Notice and Objection shall be held on **April 14, 2021**, at **11:00 a.m.** (prevailing Eastern time) or as soon thereafter as counsel may be heard, **before the Court via the Zoom Video** Conference Application, in accordance with *the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021*, which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller.

Dated: March 12, 2021

                                                Jeffery A. Deller, Judge
                                                United States Bankruptcy Court

CASE ADMINISTRATOR SHALL SERVE:
    Marci Jo and James L. Garland, Jr.
    Victoria A. Sanford, Esquire
    Justin P. Schantz, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee