FILED
3/12/21 1:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: James L. Garland, Jr. and Marci Jo Garland<br><br>Debtor,<br><br>JPMorgan Chase Bank, N.A.<br><br>Movant,<br><br>James L. Garland, Jr., Marci Jo Garland, and Ronda J. Winnecour, Chapter 13 Trustee<br><br>Respondents. | Case No. 16-20204-JAD<br><br>Chapter 13<br><br>Document No. 59<br><br>Related to Document No. 56 |

**CONSENT ORDER EXTENDING TIME FOR JPMORGAN CHASE
BANK, N.A. TO RESPOND TO DEBTORS' OBJECTION TO NOTICE
OF MORTGAGE PAYMENT CHANGE
AND CONTINUING HEARING**

AND NOW, this 12th day of March, 2021, upon consideration of the *Consent Motion for an Order Continuing Hearing and Extending Time for JPMorgan Chase Bank, N.A. to Respond to Debtors' Objection to Notice of Mortgage Payment Change* (the "Motion"),[1] and after due deliberation and good and sufficient cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. JPMorgan's deadline to respond to the Objection is extended through and including **March 26, 2021**.

---

[1] Capitalized terms used but not defined in this Order have the meanings given in the Motion.

3. A Zoom video conference hearing on the Notice and Objection shall be held on **April 14, 2021**, at **11:00 a.m.** (prevailing Eastern time) or as soon thereafter as counsel may be heard, **before the Court via the Zoom Video** Conference Application, in accordance with *the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021*, which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller.

Dated: March 12, 2021

                                                Jeffery A. Deller, Judge   mas
                                                United States Bankruptcy Court

CASE ADMINISTRATOR SHALL SERVE:
    Marci Jo and James L. Garland, Jr.
    Victoria A. Sanford, Esquire
    Justin P. Schantz, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James L. Garland, Jr.  
Marci Jo Garland  
    Debtors

Case No. 16-20204-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 2  
Date Rcvd: Mar 12, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James L. Garland, Jr., Marci Jo Garland, 1017 Pizza Barn Road, Blairsville, PA 15717-4306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank National Association andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank National Association bnicholas@kmllawgroup.com |
| Justin P. Schantz | on behalf of Debtor James L. Garland Jr. jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us |
| Justin P. Schantz | on behalf of Joint Debtor Marci Jo Garland jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us |

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 2 of 2 |
| Date Rcvd: Mar 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Kevin Scott Frankel
    on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Victoria A. Sanford
    on behalf of Creditor JPMorgan Chase Bank  National Association vsanford@reedsmith.com

TOTAL: 9