UNITED STATES BANKRUTPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: James L. Garland, Jr., and Marci Jo Garland,<br><br>        Debtors,<br><br>James L. Garland, Jr., and Marci Jo Garland,<br>        Movants,<br>vs.<br><br>No Respondents, | Case No. 16-20204-JAD<br><br>Document No. 69<br>Related to DD No. 68 |

**CERTIFICATE OF DISCHARGE ELIGIBLITY**

  Now come the Debtors James L. Garland, Jr., and Marci Jo Garland, by and through their attorney Justin P. Schantz, Esquire who hereby certifies they are eligible for a discharge and avers as follows:

  1)  The Debtors are entitled to a discharge under **11 U.S.C. §1328(a)** as Debtors have not filed another bankruptcy, nor has either Debtor received a discharge, within the time limits of **11 U.S.C. 1328(f).**

  2)  Debtors paid sufficient sums to complete the goals of their Chapter 13 Plan filed January 25,2016 at Document 2 and confirmed as modified by Order of Court August 16, 2016 at Document 27, and it is believed and therefore averred Debtors paid all sums due under the Plan.

  3)  The Debtors do not have a domestic support obligation.

  4)  The Debtors on March 4, 2016 completed and filed their certificates for completion of a Financial Management Course at Docket Documents 19 and 20.

  5)  **11 U.S.C. §1328(h)** is not applicable to this Debtor.

            Respectfully Submitted,

            /s/Justin P. Schantz
            Justin P. Schantz, Esquire
            Attorney for the Debtors
            PA.I.D.No. 210198
            David A. Colecchia and Associates
            LAW CARE
            324 South Maple Ave.
            Greensburg, PA 15601
            (724)-837-2320
            (724)-737-0602 (Fax)
            jschantz@my-lawyers.us