**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/3/21 9:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    JAMES L. GARLAND, JR.
    MARCI JO GARLAND
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Case No.16-20204-JAD

Chapter 13

Related To ECF No. 67

**ORDER OF COURT**

    AND NOW, this 3rd day of May, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

mas

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20204-JAD |
| James L. Garland, Jr. | Chapter 13 |
| Marci Jo Garland | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 3 |
| Date Rcvd: May 03, 2021 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James L. Garland, Jr., Marci Jo Garland, 1017 Pizza Barn Road, Blairsville, PA 15717-4306 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14220831 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14224503 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14210551 | | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 14166823 | + | Fair Collections & Outsourcing, 12304 Baltimore Avenue, Suite East, Beltsville, MD 20705-1314 |
| 14166832 | + | The Bureaus, Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 14166833 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV : P.O. Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2021 03:26:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15279371 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2021 03:27:38 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14211873 | | Email/PDF: rmscedi@recoverycorp.com | May 04 2021 03:25:04 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14176363 | + | Email/Text: bankruptcy@cavps.com | May 04 2021 04:18:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14166817 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2021 03:26:22 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 14166819 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2021 03:25:04 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit, P.O. Box 790040, St Louis, MO 63179-0040 |
| 14166818 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2021 03:25:04 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 14166820 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2021 03:27:40 | Citibank/Citgo Oil, Citicorp Credit Services/Attn:Centralize, P.O. Box 790040, St Louis, MO 63179-0040 |
| 14166821 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 04 2021 04:17:00 | Comenity Bank/Lane Bryant, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14173608 | | Email/Text: mrdiscen@discover.com | May 04 2021 04:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

Case 16-20204-JAD    Doc 76    Filed 05/05/21    Entered 05/06/21 00:44:34    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: culy | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14166822 | + | Email/Text: mrdiscen@discover.com | May 04 2021 04:12:00 | Discover Financial, Attn: Bankruptcy Dept., P.O. Box 3025, New Albany, OH 43054-3025 |
| 14166824 | + | Email/Text: bankruptcynotice@fcbanking.com | May 04 2021 04:12:00 | First Commonwealth Bank, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 14166815 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 04 2021 03:27:34 | Chase Card Services, Attn: Correspondence Dept, P.O. Box 15298, Wilmingotn, DE 19850 |
| 14166816 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 04 2021 03:27:34 | Chase Mortgage, 4615 Vision Drive, P.O. Box 24696, Columbus, OH 43224 |
| 14240239 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 04 2021 03:26:17 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14166825 | + | Email/Text: PBNCNotifications@peritusservices.com | May 04 2021 04:12:00 | Kohls/Capital One, P.O. Box 3120, Milwaukee, WI 53201-3120 |
| 14216050 | + | Email/Text: bankruptcydpt@mcmcg.com | May 04 2021 04:18:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14166826 | + | Email/Text: bankruptcydpt@mcmcg.com | May 04 2021 04:18:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14166827 | + | Email/Text: bankruptcynotices@psecu.com | May 04 2021 04:18:00 | P S E C U, Attention: Bankruptcy, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14166828 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2021 03:27:38 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 14166829 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2021 03:25:02 | Portfolio Recovery Associates, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541 |
| 14177371 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2021 03:25:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14166830 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2021 03:27:38 | Portfolio Recovery Asssociates, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 14222701 | | Email/Text: bnc-quantum@quantum3group.com | May 04 2021 04:17:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14166831 | + | Email/PDF: gecsedi@recoverycorp.com | May 04 2021 03:27:33 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 103104, Roswell, GA 30076-9104 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association |
| 14166814 | ##+ | Bank Of America, Nc4-105-03-14, P.O. Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: culy | Page 3 of 3
Date Rcvd: May 03, 2021 | Form ID: pdf900 | Total Noticed: 33

Date: May 05, 2021              Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank National Association andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank National Association bnicholas@kmllawgroup.com |
| Justin P. Schantz | on behalf of Debtor James L. Garland Jr. jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us |
| Justin P. Schantz | on behalf of Joint Debtor Marci Jo Garland jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us |
| Kevin Scott Frankel | on behalf of Creditor JPMorgan Chase Bank National Association pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor JPMorgan Chase Bank National Association pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Victoria A. Sanford | on behalf of Creditor JPMorgan Chase Bank National Association vsanford@reedsmith.com |

TOTAL: 10